NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER D. BAKER
Assistant United States Attorney
501 Las Vegas Boulevard So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-5087
Christopher.D.Baker@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FERNANDO R. ZARATE,<br><br>    Defendant. | Case No. 2:91-cr-00150-GMN-VCF<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

  The United States of America ("government"), by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case and any outstanding warrant (if any) against Defendant FERNANDO R. ZARATE. The government evaluated the age of the case and determined that dismissing the case, and any outstanding warrant, is in the best interest of justice.

///

///

1

Accordingly, the government respectfully requests that the Court dismiss the indictment and any outstanding warrant against the above-captioned defendant.

DATED: September 3, 2020

                                        Respectfully submitted,

                                        NICHOLAS A. TRUTANICH
                                        United States Attorney

                                          _____//s//_____
                                        CHRISTOPHER D. BAKER
                                        Assistant United States Attorney

The Government's motion is hereby **GRANTED.**

**IT IS SO ORDERED.**

Dated this __3__ day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT JUDGE